# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 20-31-GF-BMM** |
| Plaintiff, | |
| vs. | **ORDER** |
| **WILLIAM BERNARD BIRD,** | |
| Defendant. | |

Pending before the Court is the unopposed motion of the government to reset the hearing on the defendant's motion to dismiss the indictment until on or after September 28, 2020. Trial in this matter is set for December 8, 2020. For good cause shown,

IT IS ORDERED that the hearing on September 21, 2020 is VACATED and is reset for the 1st day of October, 2020 at 10:00 a.m.

DATED this 14th day of September, 2020.

_____
Brian Morris, Chief District Judge
United States District Court

1