IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. WILLIAM BERNARD BIRD, Defendant. | CR 20-31-GF-BMM<br><br>ORDER GRANTING MOTION TO REVOKE PRETRIAL RELEASE AND ISSUING WARRANT |
|---|---|

The Government has moved to revoke the defendant's pretrial release. I find there is probable cause to believe the defendant has violated his conditions of release, supported by the attached affidavit of the United States Probation. The Court grants the motion and orders the issuance of a WARRANT.

Dated this 23rd day of April, 2021.

_____
John Johnston
United States Magistrate Judge