# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR-20-31-GF-BMM |
| vs. | |
| WILLIAM BERNARD BIRD, | **O**RDER |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on June 29, 2022. (Doc. 94.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on June 28, 2022. (Doc. 89.) The United States accused William Bird (Bird) of violating his conditions of supervised release 1) by using methamphetamine; 2) by failing to report to his probation officer as directed; 3) by consuming alcohol; 4) by failing to report for substance abuse testing; and 5) by committing another crime. (Doc. 86.)

At the revocation hearing, Bird admitted that he had violated the conditions of his supervised release 1) by using methamphetamine; 2) by failing to report to his probation officer as directed; 3) by consuming alcohol; 4) by failing to report for substance abuse testing Judge Johnston dismissed alleged violation 5 on the Government's motion. (Doc. 89.)  Judge Johnston found that the violations Bird admitted proved to be serious and warranted revocation, and recommended that Bird receive a custodial sentence of 4 months, 52 months of supervised release to follow with the first 180 days of supervised release at a residential re-entry center as directed by his probation officer. (Doc. 94.)  Bird was advised of his right to appeal and his right to allocute before the undersigned.  (Doc. 89.)

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 94) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant William Bernard Bird be sentenced to the Bureau of Prisons for 4 months, 52 months of supervised release to follow with the first 180

days of supervised release at a residential re-entry center as directed by his probation officer.

DATED this 15th day of July, 2022.

_____
Brian Morris, Chief District Judge
United States District Court